IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN RALEY,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>BLUE BIRD GLOBAL<br>CORPORATION and<br>BLUE BIRD BODY COMPANY;<br><br>　　　Defendants. | CIVIL ACTION FILE NO.<br>1:21-CV-00519-WMR |

## ORDER

　　This matter is before the Court on the Consent Motion to Transfer Venue filed by Plaintiff and Defendants. [Doc. 5]. The parties' request that this Court transfer the case to the United States District Court for the Middle District of Georgia, Macon Division, as both Defendants reside and operate there, the action could be brought in that District, and venue is proper in the Macon Division. [Doc 5 at 1]. Accordingly, the Court **GRANTS** the Motion, [Doc. 5], and orders that this action be **TRANSFERRED** to the United States District Court for the Middle District of Georgia, Macon Division.

　　**IT IS SO ORDERED,** this 22nd day of February, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1